# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2011 SEP -8 AM 9:21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MIGUEL TORRES (1),
aka:
Miguel Angel Torres-Calvillo
        Defendant.

CASE NO. 10CR4240-IEG

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

    21 USC 841(a)(1),846 & 853.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/6/2011

                        IRMA E. GONZALEZ
                        UNITED STATES DISTRICT JUDGE